IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TERRY S. MASON                                                                                  PLAINTIFF

    v.                      CIVIL NO. 3:17-cv-03021-MEF

NANCY A. BERRYHILL, Commissioner
Social Security Administration                                          DEFENDANT

## **JUDGMENT**

For the reasons stated in the Court's Memorandum Opinion an Order, the clerk is ordered to dismiss the Plaintiff's Complaint with prejudice.

IT IS SO ORDERED on this the 8th day of May, 2017.

                                                             /s/ Mark E. Ford
                                                             HON. MARK E. FORD
                                                             UNITED STATES MAGISTRATE JUDGE